THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 The State, Respondent,
 v.
 Billy Ray
 Maynor, Appellant.
 
 

 
Appeal from Spartanburg County
 Roger L. Couch, Circuit Court Judge 

Unpublished Opinion No.  2008-UP-520
 Submitted September 2, 2008  Filed
 September 9, 2008

APPEAL DISMISSED

 
 
 
 Robert M. Dudek, Deputy Chief Attorney for Capital Appeals, South
 Carolina Commission on Indigent Defense, Division of Appellate Defense, of Columbia,
 for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, and Assistant Deputy Attorney General Salley W.
 Elliot, all of the Office of the Attorney General, of Columbia; and Solicitor Harold
 W. Gowdy, III, of Spartanburg, for Respondent.
 
 
 

PER CURIAM: 
 Billy Ray Maynor was convicted of trafficking
 in methamphetamine, more than one hundred grams, but less than two hundred
 grams.  Maynors counsel argues the trial court erred by refusing to give the
 requested charge on mere presence.  Maynor also filed a pro se brief.  After a thorough
 review of the record, counsels brief, and Maynors pro se brief
 pursuant to Anders v. California, 386 U.S. 738 (1967) and State v.
 Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and
 grant counsels motion to be relieved.[1]
APPEAL
 DISMISSED.
SHORT,
 THOMAS, and PIEPER, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.